UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES SCHMIDT,<br><br>                              Plaintiff,<br><br>    v.<br><br>SKINNYCORP, LLC, an Illinois corporation,<br><br>                              Defendant. | NO:  11-CV-0236-TOR<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal with Prejudice. ECF No. 43. The parties stipulated and agreed that this action and all claims, counterclaims and defenses asserted in the action by or against the parties should be dismissed with prejudice, and each party shall bear its own costs and attorney fees.

**Accordingly, IT IS HEREBY ORDERED**:

All claims and causes of action in the above-entitled matter are hereby **DISMISSED** with prejudice and without costs or fees to any party.

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

| | |
|---|---|
| 1 | The District Court Executive is hereby directed to enter this Order and |
| 2 | furnish copies to counsel and close the file. |
| 3 | **DATED** this 23rd day of August, 2012. |
| 4 | *s/ Thomas O. Rice* |
| 5 | THOMAS O. RICE<br>United States District Judge |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2